Guadalupe Serrano T526611
Name and Prisoner/Booking Number

Estrella Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌──────────────────────────────┐
│ ✓ FILED        ___ LODGED    │
│ ___ RECEIVED   ___ COPY      │
│       JUN 0 3 2019           │
│   CLERK U S DISTRICT COURT   │
│     DISTRICT OF ARIZONA      │
│ BY_____ DEPUTY     │
└──────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Guadalupe Serrano                    ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone Et Az              ,
(Full Name of Defendant)

(2)_____,

(3)_____,

(4)_____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-19-04357-PHX-SMB--CDB**

(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred:_____

**550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: _Paul Penzone_. The first Defendant is employed as:_MCSO_ at _Maricopa County Sheriff office_
              (Position and Title)                     (Institution)

2.   Name of second Defendant:_____. The second Defendant is employed as:
as:_____ at _____.
              (Position and Title)                     (Institution)

3.   Name of third Defendant:_____. The  third  Defendant is employed as:_____ at _____.
              (Position and Title)                     (Institution)

4.   Name of fourth Defendant:_____. The  fourth  Defendant is employed as:_____ at _____.
              (Position and Title)                     (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2.   If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still  pending?)_____
                     _____.

   b.   Second prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still  pending?)_____
                     _____.

   c.   Third prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still  pending?)_____
                     _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: Section 1994(1)(B)(ii)

2.   **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail               ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Black Mold

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Some of my symptoms are dizzyness, migraines, chest pains, congestions, blurred vision, partial loss of my vision, flem and shortness of breath

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Because of the black mold I been exposed to a life threatening illness that can show up at anytime Paul Penzone knew of the mold was given funds to fix it and did nothing

5.   **Administrative Remedies:**

a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☐ Yes   ☒ No

b.   Did you submit a request for administrative relief on Count I?           ☐ Yes   ☒ No

c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No

d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities        ☐ Mail            ☐ Access to the court     ☐ Medical care
    - ☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion    ☐ Retaliation
    - ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what
    **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without
    citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                    ☐ Yes     ☐ No
    b.  Did you submit a request for administrative relief on Count III?       ☐ Yes     ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking daily compensation for the exposure this could effect me for the rest of my life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/26/19___
          DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date   **MAY 30, 2019**

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___  Hon _____ United States District Court, District of Arizona.

___  Hon _____ United States District Court, District of Arizona.

___  Attorney General, State of Arizona, _____

___  Judge _____ Superior Court, Maricopa County, State of Arizona.

___  County Attorney, Maricopa County, State of Arizona _____

___  Public Defender, Maricopa County, State of Arizona _____

___  Attorney _____

___  Other _____

___  _____

___  _____

_____  B3638
Legal Support Specialist Signature            S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification

rev. 05/20/19